UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF MICHIGAN

EVAN PETROS, individually,

    Plaintiff,

-vs-

MACY'S RETAIL HOLDINGS INC., a foreign company,

    Defendant.

Case No. 1:14- cv-00146

Hon. Janet T. Neff

---

Pete M. Monismith (P78186)
Attorney for Plaintiff Evan Petros
3945 Forbes Avenue, #175
Pittsburgh, Pennsylvania 15213
Telephone (724) 610-1881
Fax (412) 258-1309
pete@monismithlaw.com

Emily M. Petroski (P63336)
Kimberly A. Yourchock (P72336)
Jackson Lewis P.C.
Attorneys for Defendant Macy's Retail Holdings Inc.
2000 Town Center, Suite 1650
Southfield, Michigan 48075
Telephone (248) 936-1900
Fax (248) 936-1901
petroske@jacksonlewis.com
kimberly.yourchock@jacksonlewis.com

---

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Upon stipulation of the parties and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without attorneys' fees or costs to any party. Entry of this order resolves all pending claims and closes the case.

                                                /s/ Janet T. Neff
                                                Hon. Janet T. Neff

                                                Dated: August 14, 2014